CTDC/HACT
03-cv-290
Chatigny, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 15th day of October two thousand and three,

Present:
    Hon. John M. Walker, Jr.,
        *Chief Judge,*
    Hon. Dennis Jacobs,
    Hon. Richard C. Wesley,
        *Circuit Judges.*



Jennifer Thomas,
        Petitioner-Appellant,

v.                                                          03-2191

Richard Blumenthal,
        Respondent-Appellee.

Appellant, *pro se*, moves for a certificate of appealability and for *in forma pauperis* status. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED. Thomas was acquitted in state court; therefore, her § 2254 petition is moot. *See generally Powell v. McCormack*, 395 U.S. 486, 496 (1969); *Funds for Animals v. Babitt*, 89 F.3d 128, 133 (2d Cir. 1996).

FOR THE COURT:

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK

Roseann B. MacKechnie, Clerk
By: Oliva M. George, Deputy Clerk

SAOAT

Certified:     OCT 16 2003